[No. 11452-6-II.   Division Two.   July 3, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. BETH COLLEEN NEWTON, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 87-1-00362-8, Alan R. Hallowell, J., entered October 1, 1987. *Reversed* by unpublished opinion per Alexander, C.J., concurred in by Petrich and Worswick, JJ.

[No. 11670-7-II.   Division Two.   July 3, 1989.]

DORANNE CRABLE, *Respondent*, v. ROBLEY WALTER SUNDMACHER, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 85-3-00137-1, Paula Casey, J., entered January 12, 1988. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Petrich and Worswick, JJ.

[No. 11330-9-II.   Division Two.   July 5, 1989.]

JAMES R. SISLEY, ET AL, *Appellants*, v. BARBIE LUMBER, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 86-2-00320-9, James D. Roper, J., entered August 13, 1987. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Reed and Worswick, JJ.